# Exhibit 2

| US8483102 | Yeastar S-Series VoIP PBX ("The accused product") |
|---|---|
| 11. A method for processing voice identity mappings, comprising: receiving a voice identity for a recipient of an initial voice call by at least one policy processor from one or more telephony switches performing call routing of the voice identity;<br><br>***<u>Col 4: Lines 6-7</u>***<br><br>*<u>A Voice identity mapping allows a user to associate a Voice identity to another voice identity</u>*<br><br>***<u>Col 2: Lines 56-58</u>*** | The accused product discloses a method for processing voice identity mappings (e.g., call forwarding mapping based on policy rules), which comprises receiving a voice identity (e.g., phone number, user name, extension number, etc.) for a recipient (e.g., called user) of an initial voice call (e.g., initial call made to the called user) by at least one policy processor (e.g., call forwarding policy processor) from one or more telephony switches (e.g., call switches such as public switched telephone network, IP network switches, ISDN, etc.) performing call routing (e.g., placing a call to the called party from a calling user) of the voice identity (e.g., user name, extension number, etc.).<br><br>As shown, the accused product provides voice calling functionality to its users. A user can make phone call by selecting a contact name, phone number or extension number (e.g., voice identity). Once, the user clicks the call button, the call is routed to the called user using call switches such as PSTN, IP network switches, ISDN, etc.<br><br>The accused product also provides call forwarding feature which forwards an incoming call based on user-defined policy rules such as policies with respect to scheduled time/date (e.g., mapping policy), etc. |

| | |
|---|---|
| *A Voice identity is a designation assigned to a specific user that callers can use to reach that user. Typically, a Voice identity is a telephone number or an extension number* | <br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>**– All office extension feature**<br>Click/touch to make, receive, transfer or record a call and check voicemails and recordings from anywhere.<br>https://www.yeastar.com/s-series-voip-pbx/ |

| | |
|---|---|
| | • **Dial Extensions**: Whether to allow callers to dial extension numbers via IVR.<br>◦ **Disable**: All the extensions can NOT be reached via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be reached via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be reached via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be reached via the IVR.<br>• **Dial By Name**: Whether to allow callers to dial by name via the IVR.<br>◦ **Disable**: All the extensions can NOT be dialed by name via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be dialed by name via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be dialed by name via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be dialed by name via the IVR.<br>*Source: Admin Guide of the accused product.* |

## Use Mobility Extension

After configuring mobility extension, you can use your mobile phone to call in the PBX as follows.

1. Dial a trunk number of the PBX.

   You will hear a voice prompt asking you to dial a phone number that you want to call.
2. Dial an extension number or an external number.
   - **Dial an extension number**

     The called party will see caller ID "*mobile_number* <*extension_number*>".
   - **Dial an external number**

     The called party will see caller ID "*mobile_number*".

*Source: Admin Guide of the accused product.*

## Create a SIP Extension

Yeastar S-Series VoIP PBX supports Session Initiation Protocol (SIP). SIP is used in VoIP communications allowing users to make and receive voice calls for free over the Internet. Before registering a SIP account on phones, you need to create a SIP account.

### Procedure

1. Go to **Settings > PBX > Extensions**, click **Add**.
2. On the **Basic** page, go to **General** section, and set the general settings of the extension.




- **Type**: Select the checkbox of **SIP**.
- **Extension**: Enter the extension number.
- **Caller ID**: Enter the caller ID number. The called party will see this caller ID number when the extension user makes an outgoing call.
- **Caller ID name**: Enter the caller ID name. The called party will see this caller ID name when the extension user makes an outgoing call.
- **Emergency Outbound Caller ID**: Enter the outbound caller ID for emergency

*Source: Admin Guide of the accused product.*

| | |
|---|---|
| | Complete Built-in Features<br><br>From basic call routing, IVR to advanced call conferencing and recording, Yeastar S-Series VoIP PBX provides you with all-inclusive features without extra licensing fees.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>Call routing is a business phone system feature that manages incoming calls by queuing and directing them to the right destination. It involves determining where a call should be sent **based on a pre-defined set of rules and criteria**, which might include the time of day (or time zones), language preferences of the caller, agent availability, caller requests, etc.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>How Does Call Routing Work?<br><br>Different business phone systems or call centers may route calls differently. In most cases, when a person calls a business, the automated call routing accepts the call, provides an Interactive Voice Response (IVR) menu, and then connects callers with the most appropriate resources, whether it be a specific individual, a queue, a voicemail box, etc. Factors used to determine how calls are handled include:<br><br>• **Time of Day:** Whether it's during business hours or holidays.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/ |

| | |
|---|---|
| | ## Time-Based Routing<br><br>A time-based routing solution is perfect for businesses with an international clientele. This distribution method will assign calls based on business hours.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>Time Conditions are used to control call flow based on date and time, which can be set up with time groups on Yeastar PBX web interface. A time group is a list of time rules against which incoming or outgoing calls are checked. The rules specify a time range by the: time, day of the week, day of the month, and month of the year.<br><br>Time Conditions can be assigned to an **inbound route and IVR**, which controls the destination of a call based on the time. The destination could be Voicemail, Queues, IVR, Inbound Routes, etc. Time Conditions can also be assigned to an **outbound route** in order to limit the use of that route.<br><br>For example, you might create a Time Condition called "Lunch." You would then select a Time Group that defines what time periods are "lunch," and then indicate that incoming calls during lunchtime should go directly to voicemail, while calls that do not come in at lunchtime should ring the Front Desk.<br><br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/<br><br>## Make Outbound Calls<br><br>Download PDF<br><br>Outbound routes are used to specify what numbers are allowed to go out a particular route. When a call is placed, the actual number dialed by the user is compared with the dial patterns in each route (from highest to lowest priority) until a match is found. If no match is found, the call fails. If the number dialed matches a pattern in more than one route, only the rules with the highest priority in the route are used.<br><br>The default outbound route (with dial pattern `X.`) on the PBX will allow any outgoing numbers. You can make outbound calls as you usually do on your phone. |

https://help.yeastar.com/en/s-series/topic/make_outbound_calls.html

# Manage Time Conditions

Download PDF

After you create Time Conditions, you can apply them to inbound routes or outbound routes. You can also edit or delete the Time Conditions.

## Apply a Time Condition to an Inbound Route

You can apply a Time Condition to an inbound route to route inbound calls to different destinations according to your business hours and schedule.

https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html

## Apply a Time Condition to an Outbound Route

You can apply a Time Condition to an outbound route to limit when the extension users can make outbound calls.

https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html




https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/

1. Add Time Condition

Go to **Settings>PBX>Call Control>Time Conditions**, click Add Time Condition to add time condition.




- **Name**: give this Time Condition a brief name to help you identify it.
- **Time**: this is where you will define a time range. You can define multiple ranges in the same time group by clicking .
- **Days of Week**: select a weekday, month day, and/or month range in which you want this time range to apply.
- **Advanced Options**: this option is disabled by default. If it is enabled, you need to set the month and the day you want the Time Condition to take effect. If it is disabled, it means that the time range defined above will apply to every day of the month, every month of the year.

https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/

| | |
|---|---|
| | • Easily integrate IP phones, hotel phones, SIP paging systems, door phones, and any SIP compliant endpoints, and systems.<br><br>• Proven interoperability with worldwide SIP/PSTN/ISDN trunks; certified with 80+ SIP trunk providers.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>**VoIP Trunks Introduction**<br><br>VoIP Trunks are phone lines that transmit calls over the Internet. A VoIP provider can assign a local number to one or more cities or countries and route it to the PBX phone system. Usually VoIP trunks are cheaper than traditional PSTN trunks.<br><br>*Source: Admin Guide of the accused product.*<br><br>**PSTN Trunk Introduction**<br><br>PSTN Trunk is known as FXO analog line or CO line. The Public Switched Telephone Network (PSTN) is the global collection of interconnects originally designed to support circuit-switched voice communication. The PSTN provides traditional Plain Old Telephone Service (POTS) — also known as landline phone service — to residences and many other establishments.<br><br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | **ISDN BRI Trunk Introduction**<br><br>Basic rate interface (BRI) is an Integrated Services Digital Network (ISDN) access method, typically used for home and small offices.<br><br>*Source: Admin Guide of the accused product.* |
| checking for at least one voice identity mapping policy associated with the voice identity, the at least one voice identity mapping policy comprising:<br>a plurality of search voice identities mapped to one or more target voice identities, wherein the plurality of the search voice identities are applicable to a plurality of users, and | The accused product discloses checking for at least one voice identity mapping policy (e.g., call forwarding mapping based on policy rules such as scheduled time & date based call forwarding rule, etc.) associated with the voice identity (e.g., user name, phone number, extension number, etc.) the at least one voice identity mapping policy (e.g., scheduled time based call forwarding rule) comprising a plurality of search voice identities (e.g., plurality of called users extension number, user name, etc.) mapped to one or more target voice identities (e.g., plurality of forwarding users' extension number user name, etc.), wherein the plurality of the search voice identities (e.g., plurality of called users' extension number, user name, etc.) are applicable to a plurality of users, and a time attribute (e.g., specified date, time period, etc.) indicating when the voice identity mapping policy (e.g., call forwarding mapping based on policy rules such as scheduled time & date based call forwarding rule, etc.) is valid.<br><br>As shown, the accused product provides voice calling functionality to its users. A user can make phone call by selecting a contact name, phone number or extension number (e.g., voice identity). It also provides call forwarding feature which forwards an incoming call based on user-defined policy rules such as policies with respect to scheduled time and date (e.g., mapping policy), etc.<br><br>The call forwarding rules (e.g., voice identity mapping policy) comprises plurality of extensions related to the called user (i.e., search voice identities) and each extension is set up to be forwarded (i.e., mapped) to plurality of forwarding users (i.e., target voice identities). When incoming call is received to the called user (i.e., search voice identity), the accused product checks for the scheduled call forwarding rules, if the rule/mapping policy set based on time attribute such as specified date, time period, etc. is valid, the |

| | |
|---|---|
| a time attribute indicating when the voice identity mapping policy is valid;<br><br>***Col 4: Lines 6-12***<br><br>*A Voice identity mapping allows a user to associate a Voice identity to another voice identity. Here, 202 is the search voice identity that callers actually call to reach a specific user and 204 is the target voice identity at which the user will receive the call. Typically, when a caller calls the search voice identity,* | accused product forwards the call to the forwarding users (i.e., target voice identities).<br><br>– All office extension feature<br><br>Click/touch to make, receive, transfer or record a call and check voicemails and recordings from anywhere.<br>https://www.yeastar.com/s-series-voip-pbx/<br><br>• **Dial Extensions**: Whether to allow callers to dial extension numbers via IVR.<br>◦ **Disable**: All the extensions can NOT be reached via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be reached via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be reached via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be reached via the IVR.<br>• **Dial By Name**: Whether to allow callers to dial by name via the IVR.<br>◦ **Disable**: All the extensions can NOT be dialed by name via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be dialed by name via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be dialed by name via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be dialed by name via the IVR.<br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| *the call is forwarded to the target Voice identity*<br><br>***Col 2: Lines 56-58***<br><br>*A Voice identity is a designation assigned to a specific user that callers can use to reach that user. Typically, a Voice identity is a telephone number or an extension number*<br><br>***Col 4: Lines 34-37***<br>*a time attribute that reads the mapping is valid between 12 midnight to 8 am Monday through Friday and between 6* | **Use Mobility Extension**<br><br>After configuring mobility extension, you can use your mobile phone to call in the PBX as follows.<br><br>1. Dial a trunk number of the PBX.<br>You will hear a voice prompt asking you to dial a phone number that you want to call.<br>2. Dial an extension number or an external number.<br>• **Dial an extension number**<br>The called party will see caller ID "*mobile_number* <*extension_number*>".<br>• **Dial an external number**<br>The called party will see caller ID "*mobile_number*".<br><br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| *pm in the evening to 12 midnight Monday through Friday* | ## Create a SIP Extension<br>Yeastar S-Series VoIP PBX supports Session Initiation Protocol (SIP). SIP is used in VoIP communications allowing users to make and receive voice calls for free over the Internet. Before registering a SIP account on phones, you need to create a SIP account.<br>**Procedure**<br>1. Go to **Settings > PBX > Extensions**, click **Add**.<br>2. On the **Basic** page, go to **General** section, and set the general settings of the exten-sion.<br>• **Type**: Select the checkbox of **SIP**.<br>• **Extension**: Enter the extension number.<br>• **Caller ID**: Enter the caller ID number. The called party will see this caller ID number when the extension user makes an outgoing call.<br>• **Caller ID name**: Enter the caller ID name. The called party will see this caller ID name when the extension user makes an outgoing call.<br>• **Emergency Outbound Caller ID**: Enter the outbound caller ID for emergency<br>*Source: Admin Guide of the accused product.* |

Complete Built-in Features

From basic call routing, IVR to advanced call conferencing and recording, Yeastar S-Series VoIP PBX provides you with all-inclusive features without extra licensing fees.

https://www.yeastar.com/s-series-voip-pbx/

Call routing is a business phone system feature that manages incoming calls by queuing and directing them to the right destination. It involves determining where a call should be sent **based on a pre-defined set of rules and criteria**, which might include the time of day (or time zones), language preferences of the caller, agent availability, caller requests, etc.

https://www.yeastar.com/voip-phone-system-feature/call-routing/

## How Does Call Routing Work?

Different business phone systems or call centers may route calls differently. In most cases, when a person calls a business, the automated call routing accepts the call, provides an Interactive Voice Response (IVR) menu, and then connects callers with the most appropriate resources, whether it be a specific individual, a queue, a voicemail box, etc. Factors used to determine how calls are handled include:

- **Time of Day:** Whether it's during business hours or holidays.

https://www.yeastar.com/voip-phone-system-feature/call-routing/

| | |
|---|---|
| | **Time-Based Routing**<br><br>A time-based routing solution is perfect for businesses with an international clientele. This distribution method will assign calls based on business hours.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>Time Conditions are used to control call flow based on date and time, which can be set up with time groups on Yeastar PBX web interface. A time group is a list of time rules against which incoming or outgoing calls are checked. The rules specify a time range by the: time, day of the week, day of the month, and month of the year.<br><br>Time Conditions can be assigned to an **inbound route and IVR**, which controls the destination of a call based on the time. The destination could be Voicemail, Queues, IVR, Inbound Routes, etc. Time Conditions can also be assigned to an **outbound route** in order to limit the use of that route.<br><br>For example, you might create a Time Condition called "Lunch." You would then select a Time Group that defines what time periods are "lunch," and then indicate that incoming calls during lunchtime should go directly to voicemail, while calls that do not come in at lunchtime should ring the Front Desk.<br><br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/<br><br>**Make Outbound Calls** Download PDF<br><br>Outbound routes are used to specify what numbers are allowed to go out a particular route. When a call is placed, the actual number dialed by the user is compared with the dial patterns in each route (from highest to lowest priority) until a match is found. If no match is found, the call fails. If the number dialed matches a pattern in more than one route, only the rules with the highest priority in the route are used.<br><br>The default outbound route (with dial pattern `X.`) on the PBX will allow any outgoing numbers. You can make outbound calls as you usually do on your phone. |

| | |
|---|---|
| | https://help.yeastar.com/en/s-series/topic/make_outbound_calls.html<br><br>**Manage Time Conditions** Download PDF<br><br>After you create Time Conditions, you can apply them to inbound routes or outbound routes. You can also edit or delete the Time Conditions.<br><br>**Apply a Time Condition to an Inbound Route**<br><br>You can apply a Time Condition to an inbound route to route inbound calls to different destinations according to your business hours and schedule.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html<br><br>**Apply a Time Condition to an Outbound Route**<br><br>You can apply a Time Condition to an outbound route to limit when the extension users can make outbound calls.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html |

| | |
|---|---|
| | <br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/ |

<table>
<tr>
<td></td>
<td>

1. Add Time Condition

Go to **Settings>PBX>Call Control>Time Conditions**, click Add Time Condition to add time condition.




- **Name**: give this Time Condition a brief name to help you identify it.
- **Time**: this is where you will define a time range. You can define multiple ranges in the same time group by clicking ⊞.
- **Days of Week**: select a weekday, month day, and/or month range in which you want this time range to apply.
- **Advanced Options**: this option is disabled by default. If it is enabled, you need to set the month and the day you want the Time Condition to take effect. If it is disabled, it means that the time range defined above will apply to every day of the month, every month of the year.

https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/

</td>
</tr>
<tr>
<td>in response to receiving the voice identity from the one or more telephony</td>
<td>The accused product discloses in response to receiving the voice identity (e.g., user name, phone number, extension number, etc.) from the one or more telephony switches (e.g., PSTN, IP network switches, ISDN, etc.), matching the voice identity (e.g., user name, extension number, etc.) to a given search voice identity (e.g., called user's extension number, user name, etc.).</td>
</tr>
</table>

| | |
|---|---|
| switches, matching the voice identity to a given search voice identity;<br><br>***Col 4: Lines 6-9***<br><br>*A Voice identity mapping allows a user to associate a Voice identity to another voice identity. Here, 202 is the search voice identity that callers actually call to reach a specific user*<br><br>***Col 2: Lines 56-58***<br><br>*A Voice identity is a designation assigned to a specific user that callers can* | As shown, the accused product provides voice calling functionality to its users. A user can make phone call by selecting a contact name, phone number or extension number (e.g., voice identity). It also provides call forwarding feature which forwards an incoming call based on user-defined policy rules such as policies with respect to scheduled time and date (e.g., mapping policy), etc.<br><br>The call forwarding rules (e.g., voice identity mapping policy) comprises plurality of extensions related to the called user (i.e., search voice identities) and each extension is set up to be forwarded (i.e., mapped) to plurality of forwarding users (i.e., target voice identities). When incoming call is received to the called user (i.e., search voice identity), the accused product checks for the scheduled call forwarding rules, if the rule/mapping policy set based on time attribute such as specified date, time period, etc. is valid, the accused product forwards the call to the forwarding users (i.e., target voice identities).<br><br>**– All office extension feature**<br><br>Click/touch to make, receive, transfer or record a call and check voicemails and recordings from anywhere.<br>https://www.yeastar.com/s-series-voip-pbx/ |

| | |
|---|---|
| *use to reach that user. Typically, a Voice identity is a telephone number or an extension number* | • **Dial Extensions**: Whether to allow callers to dial extension numbers via IVR.<br>◦ **Disable**: All the extensions can NOT be reached via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be reached via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be reached via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be reached via the IVR.<br>• **Dial By Name**: Whether to allow callers to dial by name via the IVR.<br>◦ **Disable**: All the extensions can NOT be dialed by name via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be dialed by name via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be di-aled by name via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be dialed by name via the IVR.<br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | **Use Mobility Extension**<br><br>After configuring mobility extension, you can use your mobile phone to call in the PBX as follows.<br><br>1. Dial a trunk number of the PBX.<br>You will hear a voice prompt asking you to dial a phone number that you want to call.<br>2. Dial an extension number or an external number.<br>• **Dial an extension number**<br>The called party will see caller ID "*mobile_number* <*extension_number*>".<br>• **Dial an external number**<br>The called party will see caller ID "*mobile_number*".<br><br>*Source: Admin Guide of the accused product.* |

## Create a SIP Extension

Yeastar S-Series VoIP PBX supports Session Initiation Protocol (SIP). SIP is used in VoIP communications allowing users to make and receive voice calls for free over the Internet. Before registering a SIP account on phones, you need to create a SIP account.

### Procedure

1. Go to **Settings > PBX > Extensions**, click **Add**.
2. On the **Basic** page, go to **General** section, and set the general settings of the extension.




- **Type**: Select the checkbox of **SIP**.
- **Extension**: Enter the extension number.
- **Caller ID**: Enter the caller ID number. The called party will see this caller ID number when the extension user makes an outgoing call.
- **Caller ID name**: Enter the caller ID name. The called party will see this caller ID name when the extension user makes an outgoing call.
- **Emergency Outbound Caller ID**: Enter the outbound caller ID for emergency

*Source: Admin Guide of the accused product.*

| | |
|---|---|
| | Complete Built-in Features<br><br>From basic call routing, IVR to advanced call conferencing and recording, Yeastar S-Series VoIP PBX provides you with all-inclusive features without extra licensing fees.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>Call routing is a business phone system feature that manages incoming calls by queuing and directing them to the right destination. It involves determining where a call should be sent **based on a pre-defined set of rules and criteria**, which might include the time of day (or time zones), language preferences of the caller, agent availability, caller requests, etc.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>How Does Call Routing Work?<br><br>Different business phone systems or call centers may route calls differently. In most cases, when a person calls a business, the automated call routing accepts the call, provides an Interactive Voice Response (IVR) menu, and then connects callers with the most appropriate resources, whether it be a specific individual, a queue, a voicemail box, etc. Factors used to determine how calls are handled include:<br><br>• **Time of Day:** Whether it's during business hours or holidays.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/ |

| | |
|---|---|
| | Time-Based Routing<br><br>A time-based routing solution is perfect for businesses with an international clientele. This distribution method will assign calls based on business hours.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>• Easily integrate IP phones, hotel phones, SIP paging systems, door phones, and any SIP compliant endpoints, and systems.<br><br>• Proven interoperability with worldwide SIP/PSTN/ISDN trunks; certified with 80+ SIP trunk providers.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>VoIP Trunks Introduction<br><br>VoIP Trunks are phone lines that transmit calls over the Internet. A VoIP provider can assign a local number to one or more cities or countries and route it to the PBX phone system. Usually VoIP trunks are cheaper than traditional PSTN trunks.<br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | **PSTN Trunk Introduction**<br><br>PSTN Trunk is known as FXO analog line or CO line. The Public Switched Telephone Network (PSTN) is the global collection of interconnects originally designed to support circuit-switched voice communication. The PSTN provides traditional Plain Old Telephone Service (POTS) — also known as landline phone service — to residences and many other establishments.<br><br>*Source: Admin Guide of the accused product.*<br><br>**ISDN BRI Trunk Introduction**<br><br>Basic rate interface (BRI) is an Integrated Services Digital Network (ISDN) access method, typically used for home and small offices.<br><br>*Source: Admin Guide of the accused product.* |
| mapping the given search voice identity to a given target voice identity according to the at least one voice identity mapping policy, wherein the voice identity, the given search identity, and | The accused product discloses mapping (e.g., mapping to forward the incoming call) the given search voice identity (e.g., called user's extension number, user name, etc.) to a given target voice identity (e.g., forwarding user's extension number, user name, etc.) according to the at least one voice identity mapping policy (e.g., scheduled time based call forwarding rule), wherein the voice identity (e.g., extension number, phone number, user name, etc.), the given search identity (e.g., called user's extension number, user name, etc.), and the given target identity (e.g., call forwarded user's extension number, user name, etc.) each comprise a username (e.g., username such as Leo Ball, etc.).<br><br>As shown, the accused product provides voice calling functionality to its users. A user can make phone call by selecting a contact name, phone number or extension number (e.g., voice identity). It also provides call forwarding feature which forwards an incoming call based on user-defined policy rules such as policies with respect to scheduled time and date (e.g., mapping policy), etc. |

| | |
|---|---|
| the given target identity each comprise a username; and<br><br>***Col 4: Lines 6-12***<br><br>*A Voice identity mapping allows a user to associate a Voice identity to another voice identity. Here, 202 is the search voice identity that callers actually call to reach a specific user and 204 is the target voice identity at which the user will receive the call. Typically, when a caller calls the search voice identity, the call is* | The call forwarding rules (e.g., voice identity mapping policy) comprises plurality of extensions related to the called user (i.e., search voice identities) and each extension is set up to be forwarded (i.e., mapped) to plurality of forwarding users (i.e., target voice identities). When incoming call is received to the called user (i.e., search voice identity), the accused product checks for the scheduled call forwarding rules, if the rule/mapping policy set based on time attribute such as specified date, time period, recurring schedule, etc. is valid, the accused product forwards the call to the forwarding users (i.e., target voice identities).<br><br><br>https://www.yeastar.com/s-series-voip-pbx/ |

| | |
|---|---|
| *forwarded to the target Voice identity* | • **Dial Extensions**: Whether to allow callers to dial extension numbers via IVR.<br>◦ **Disable**: All the extensions can NOT be reached via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be reached via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be reached via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be reached via the IVR.<br>• **Dial By Name**: Whether to allow callers to dial by name via the IVR.<br>◦ **Disable**: All the extensions can NOT be dialed by name via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be dialed by name via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be dialed by name via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be dialed by name via the IVR.<br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | **Use Mobility Extension**<br>After configuring mobility extension, you can use your mobile phone to call in the PBX as follows.<br>1. Dial a trunk number of the PBX.<br>You will hear a voice prompt asking you to dial a phone number that you want to call.<br>2. Dial an extension number or an external number.<br>• **Dial an extension number**<br>The called party will see caller ID "*mobile_number* <*extension_number*>".<br>• **Dial an external number**<br>The called party will see caller ID "*mobile_number*".<br>*Source: Admin Guide of the accused product.* |

## Create a SIP Extension

Yeastar S-Series VoIP PBX supports Session Initiation Protocol (SIP). SIP is used in VoIP communications allowing users to make and receive voice calls for free over the Internet. Before registering a SIP account on phones, you need to create a SIP account.

### Procedure

1. Go to **Settings > PBX > Extensions**, click **Add**.
2. On the **Basic** page, go to **General** section, and set the general settings of the extension




- **Type**: Select the checkbox of **SIP**.
- **Extension**: Enter the extension number.
- **Caller ID**: Enter the caller ID number. The called party will see this caller ID number when the extension user makes an outgoing call.
- **Caller ID name**: Enter the caller ID name. The called party will see this caller ID name when the extension user makes an outgoing call.
- **Emergency Outbound Caller ID**: Enter the outbound caller ID for emergency

*Source: Admin Guide of the accused product.*

| | |
|---|---|
| | Complete Built-in Features<br>From basic call routing, IVR to advanced call conferencing and recording, Yeastar S-Series VoIP PBX provides you with all-inclusive features without extra licensing fees.<br>https://www.yeastar.com/s-series-voip-pbx/<br><br>Call routing is a business phone system feature that manages incoming calls by queuing and directing them to the right destination. It involves determining where a call should be sent **based on a pre-defined set of rules and criteria**, which might include the time of day (or time zones), language preferences of the caller, agent availability, caller requests, etc.<br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>How Does Call Routing Work?<br>Different business phone systems or call centers may route calls differently. In most cases, when a person calls a business, the automated call routing accepts the call, provides an Interactive Voice Response (IVR) menu, and then connects callers with the most appropriate resources, whether it be a specific individual, a queue, a voicemail box, etc. Factors used to determine how calls are handled include:<br>• **Time of Day:** Whether it's during business hours or holidays.<br>https://www.yeastar.com/voip-phone-system-feature/call-routing/ |

| | |
|---|---|
| | **Time-Based Routing**<br><br>A time-based routing solution is perfect for businesses with an international clientele. This distribution method will assign calls based on business hours.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>Time Conditions are used to control call flow based on date and time, which can be set up with time groups on Yeastar PBX web interface. A time group is a list of time rules against which incoming or outgoing calls are checked. The rules specify a time range by the: time, day of the week, day of the month, and month of the year.<br><br>Time Conditions can be assigned to an **inbound route and IVR**, which controls the destination of a call based on the time. The destination could be Voicemail, Queues, IVR, Inbound Routes, etc. Time Conditions can also be assigned to an **outbound route** in order to limit the use of that route.<br><br>For example, you might create a Time Condition called "Lunch." You would then select a Time Group that defines what time periods are "lunch," and then indicate that incoming calls during lunchtime should go directly to voicemail, while calls that do not come in at lunchtime should ring the Front Desk.<br><br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/<br><br>**Make Outbound Calls** Download PDF<br><br>Outbound routes are used to specify what numbers are allowed to go out a particular route. When a call is placed, the actual number dialed by the user is compared with the dial patterns in each route (from highest to lowest priority) until a match is found. If no match is found, the call fails. If the number dialed matches a pattern in more than one route, only the rules with the highest priority in the route are used.<br><br>The default outbound route (with dial pattern `X.`) on the PBX will allow any outgoing numbers. You can make outbound calls as you usually do on your phone. |

| | |
|---|---|
| | https://help.yeastar.com/en/s-series/topic/make_outbound_calls.html<br><br># Manage Time Conditions<br>Download PDF<br><br>After you create Time Conditions, you can apply them to inbound routes or outbound routes. You can also edit or delete the Time Conditions.<br><br>**Apply a Time Condition to an Inbound Route**<br><br>You can apply a Time Condition to an inbound route to route inbound calls to different destinations according to your business hours and schedule.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html<br><br>**Apply a Time Condition to an Outbound Route**<br><br>You can apply a Time Condition to an outbound route to limit when the extension users can make outbound calls.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html |

<table>
<tr>
<td></td>
<td>


https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/
</td>
</tr>
</table>

| | |
|---|---|
| | 1. Add Time Condition<br><br>Go to **Settings>PBX>Call Control>Time Conditions**, click Add Time Condition to add time condition.<br><br><br><br>• **Name**: give this Time Condition a brief name to help you identify it.<br>• **Time**: this is where you will define a time range. You can define multiple ranges in the same time group by clicking ⊞.<br>• **Days of Week**: select a weekday, month day, and/or month range in which you want this time range to apply.<br>• **Advanced Options**: this option is disabled by default. If it is enabled, you need to set the month and the day you want the Time Condition to take effect. If it is disabled, it means that the time range defined above will apply to every day of the month, every month of the year.<br><br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/ |
| sending the given target voice identity comprising the username to the one or | The accused product discloses sending the given target voice identity (e.g., call forwarding user's extension number, user name, etc.) comprising the username (e.g., username such as Leo Ball, etc.) such as to the one or more telephony switches (e.g., PSTN, IP network switches, ISDN, etc.), wherein the one or more telephone switches (e.g., PSTN, IP network switches, ISDN, etc.) routes (e.g., forwards) the initial voice call (e.g., initial call made to the called user) to the target voice identity (e.g., call forwarding user's extension number, user |

| | |
|---|---|
| more telephony switches, wherein the one or more telephone switches routes the initial voice call to the target voice identity using the username. | name, etc.) using the username (e.g., username such as Leo Ball, etc.).<br><br>As shown, the accused product provides voice calling functionality to its users. A user can make phone call by selecting a contact name or extension number (e.g., voice identity). It also provides call forwarding feature which forwards an incoming call based on user-defined policy rules such as policies with respect to scheduled time and date (e.g., mapping policy), etc.<br><br>The call forwarding rules (e.g., voice identity mapping policy) comprises plurality of extensions related to the called user (i.e., search voice identities) and each extension is set up to be forwarded (i.e., mapped) to plurality of forwarding users (i.e., target voice identities). When incoming call is received to the called user (i.e., search voice identity), the accused product checks for the scheduled call forwarding rules, if the rule/mapping policy set based on time attribute such as specified date, time period, etc. is valid, the accused product forwards the call to the forwarding users (i.e., target voice identities).<br><br>**– All office extension feature**<br><br>Click/touch to make, receive, transfer or record a call and check voicemails and recordings from anywhere.<br>https://www.yeastar.com/s-series-voip-pbx/ |

| | |
|---|---|
| | • **Dial Extensions**: Whether to allow callers to dial extension numbers via IVR.<br>◦ **Disable**: All the extensions can NOT be reached via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be reached via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be reached via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be reached via the IVR.<br>• **Dial By Name**: Whether to allow callers to dial by name via the IVR.<br>◦ **Disable**: All the extensions can NOT be dialed by name via the IVR.<br>◦ **Allow All Extensions**: All the extensions are allowed to be dialed by name via the IVR.<br>◦ **Allowed Extensions**: Only the extensions in the **Selected** box can be dialed by name via the IVR.<br>◦ **Restricted Extensions**: The extensions in the **Selected** box can NOT be dialed by name via the IVR.<br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | **Use Mobility Extension**<br>After configuring mobility extension, you can use your mobile phone to call in the PBX as follows.<br>1. Dial a trunk number of the PBX.<br>You will hear a voice prompt asking you to dial a phone number that you want to call.<br>2. Dial an extension number or an external number.<br>• **Dial an extension number**<br>The called party will see caller ID "*mobile_number* <*extension_number*>".<br>• **Dial an external number**<br>The called party will see caller ID "*mobile_number*".<br>*Source: Admin Guide of the accused product.* |

# Create a SIP Extension

Yeastar S-Series VoIP PBX supports Session Initiation Protocol (SIP). SIP is used in VoIP communications allowing users to make and receive voice calls for free over the Internet. Before registering a SIP account on phones, you need to create a SIP account.

## Procedure

1. Go to **Settings > PBX > Extensions**, click **Add**.
2. On the **Basic** page, go to **General** section, and set the general settings of the extension




- **Type**: Select the checkbox of **SIP**.
- **Extension**: Enter the extension number.
- **Caller ID**: Enter the caller ID number. The called party will see this caller ID number when the extension user makes an outgoing call.
- **Caller ID name**: Enter the caller ID name. The called party will see this caller ID name when the extension user makes an outgoing call.
- **Emergency Outbound Caller ID**: Enter the outbound caller ID for emergency

*Source: Admin Guide of the accused product.*

| | |
|---|---|
| | Complete Built-in Features<br><br>From basic call routing, IVR to advanced call conferencing and recording, Yeastar S-Series VoIP PBX provides you with all-inclusive features without extra licensing fees.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>Call routing is a business phone system feature that manages incoming calls by queuing and directing them to the right destination. It involves determining where a call should be sent **based on a pre-defined set of rules and criteria**, which might include the time of day (or time zones), language preferences of the caller, agent availability, caller requests, etc.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>How Does Call Routing Work?<br><br>Different business phone systems or call centers may route calls differently. In most cases, when a person calls a business, the automated call routing accepts the call, provides an Interactive Voice Response (IVR) menu, and then connects callers with the most appropriate resources, whether it be a specific individual, a queue, a voicemail box, etc. Factors used to determine how calls are handled include:<br><br>• **Time of Day:** Whether it's during business hours or holidays.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/ |

| | |
|---|---|
| | **Time-Based Routing**<br><br>A time-based routing solution is perfect for businesses with an international clientele. This distribution method will assign calls based on business hours.<br><br>https://www.yeastar.com/voip-phone-system-feature/call-routing/<br><br>Time Conditions are used to control call flow based on date and time, which can be set up with time groups on Yeastar PBX web interface. A time group is a list of time rules against which incoming or outgoing calls are checked. The rules specify a time range by the: time, day of the week, day of the month, and month of the year.<br><br>Time Conditions can be assigned to an **inbound route and IVR**, which controls the destination of a call based on the time. The destination could be Voicemail, Queues, IVR, Inbound Routes, etc. Time Conditions can also be assigned to an **outbound route** in order to limit the use of that route.<br><br>For example, you might create a Time Condition called "Lunch." You would then select a Time Group that defines what time periods are "lunch," and then indicate that incoming calls during lunchtime should go directly to voicemail, while calls that do not come in at lunchtime should ring the Front Desk.<br><br>https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/<br><br>**Make Outbound Calls** Download PDF<br><br>Outbound routes are used to specify what numbers are allowed to go out a particular route. When a call is placed, the actual number dialed by the user is compared with the dial patterns in each route (from highest to lowest priority) until a match is found. If no match is found, the call fails. If the number dialed matches a pattern in more than one route, only the rules with the highest priority in the route are used.<br><br>The default outbound route (with dial pattern `X.`) on the PBX will allow any outgoing numbers. You can make outbound calls as you usually do on your phone. |

| | |
|---|---|
| | https://help.yeastar.com/en/s-series/topic/make_outbound_calls.html<br><br>**Manage Time Conditions** Download PDF<br><br>After you create Time Conditions, you can apply them to inbound routes or outbound routes. You can also edit or delete the Time Conditions.<br><br>**Apply a Time Condition to an Inbound Route**<br><br>You can apply a Time Condition to an inbound route to route inbound calls to different destinations according to your business hours and schedule.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html<br><br>**Apply a Time Condition to an Outbound Route**<br><br>You can apply a Time Condition to an outbound route to limit when the extension users can make outbound calls.<br><br>https://help.yeastar.com/en/s-series/topic/manage-time-conditions.html |




https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/

## 1. Add Time Condition

Go to **Settings>PBX>Call Control>Time Conditions**, click Add Time Condition to add time condition.




- **Name**: give this Time Condition a brief name to help you identify it.
- **Time**: this is where you will define a time range. You can define multiple ranges in the same time group by clicking [+].
- **Days of Week**: select a weekday, month day, and/or month range in which you want this time range to apply.
- **Advanced Options**: this option is disabled by default. If it is enabled, you need to set the month and the day you want the Time Condition to take effect. If it is disabled, it means that the time range defined above will apply to every day of the month, every month of the year.

https://www.yeastar.com/blog/time-conditions-yeastar-s-series-voip-pbx/

| | |
|---|---|
| | • Easily integrate IP phones, hotel phones, SIP paging systems, door phones, and any SIP compliant endpoints, and systems.<br><br>• Proven interoperability with worldwide SIP/PSTN/ISDN trunks; certified with 80+ SIP trunk providers.<br><br>https://www.yeastar.com/s-series-voip-pbx/<br><br>**VoIP Trunks Introduction**<br><br>VoIP Trunks are phone lines that transmit calls over the Internet. A VoIP provider can assign a local number to one or more cities or countries and route it to the PBX phone system. Usually VoIP trunks are cheaper than traditional PSTN trunks.<br><br>*Source: Admin Guide of the accused product.*<br><br>**PSTN Trunk Introduction**<br><br>PSTN Trunk is known as FXO analog line or CO line. The Public Switched Telephone Network (PSTN) is the global collection of interconnects originally designed to support circuit-switched voice communication. The PSTN provides traditional Plain Old Telephone Service (POTS) — also known as landline phone service — to residences and many other establishments.<br><br>*Source: Admin Guide of the accused product.* |

| | |
|---|---|
| | ISDN BRI Trunk Introduction<br><br>Basic rate interface (BRI) is an Integrated Services Digital Network (ISDN) access method, typically used for home and small offices.<br><br>*Source: Admin Guide of the accused product.* |